**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERICO HERNANDEZ, | ) | CASE NO. ED CV 12-00792 JSL (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| ANTHONY HEDGPETH, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of FEDERICO HERNANDEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 8, 2013

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE